# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**EDITH BENNETT,**

     vs.                                    CASE NUMBER: 1:06-cv-0649
                                                                         (NAM)

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**
**Administration**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the decision denying disability benefits be REVERSED and this matter be REMANDED to the Commissioner pursuant to 42 U.S.C.
§ 405(g) for further proceedings. Pursuant to General Order #32, the parties are advised that the referral to a Magistrate Judge has been RESCINDED. Accordingly, any appeal taken from this Order will be directed to the Court of Appeals for the Second Circuit.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 17th of April, 2009.

DATED: April 17, 2009

                                                     *[signature]*
                                                     Clerk of Court

                                                     s/ _____
                                                     Melissa Ennis
                                                     Deputy Clerk