UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EDITH BENNETT,
           Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
           Defendant.

Civil Action No. 1:06-cv-0649 (NAM)

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA)(28 U.S.C. § 2412) in the amount of $6,679.34.00 in fees, in full satisfaction of any claim for fees, costs and other expenses pursuant to EAJA,

AND, the Court having reviewed the record in this matter;

IT IS on this 30th day of June, 2009;

ORDERED that plaintiff be awarded fees under EAJA in the amount of $6,679.34.00 and that payment be made directly to the Empire Justice Center pursuant to an assignment of EAJA fees signed by plaintiff.

_____
Norman A. Mordue,
Chief U.S. District Court Judge

The undersigned hereby consent to the form and entry of the within order.

ANDREW T. BAXTER
Acting United States Attorney

Dated: June 10, 2009                By: s/ Karla Gwinn
                                    Karla Gwinn
                                    Special Assistant U.S. Attorney


Dated: June 10, 2009                By: s/ Louise M. Tarantino
                                    Louise M. Tarantino (505105)
                                    Empire Justice Center
                                    119 Washington Avenue
                                    Albany, New York 12210
                                    Attorney for Plaintiff